The following constitutes the order of the Court.
Signed: July 17, 2025

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

REBECCA J. WINTHROP (SBN 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

RYAN E. MANNS (*pro hac vice*)
JAMES V. LEITO (*pro hac vice*)
JASON I. BLANCHARD (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
ryan.manns@nortonrosefulbright.com
james.leito@nortonrosefulbright.com
jason.blanchard@nortonrosefulbright.com

Attorneys for the Oakland Parochial Fund, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 23-40523 WJL<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, and THE OAKLAND PAROCHIAL FUND, INC.<br><br>Defendants. | Adv. Pro. No. 24-04051 WJL<br><br>**ORDER REGARDING STIPULATION AND CONSENT ORDER TO DISMISS NON-DEBTOR THE OAKLAND PAROCHIAL FUND, INC.**<br><br>**Re: Dkt. No. 64** |

The Court having reviewed the *Stipulation and Consent Order to Dismiss Non-Debtor the Oakland Parochial Fund, Inc.* (the "Stipulation") [Dkt. No. 64] entered into between the Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland (the "Committee") and The Oakland Parochial Fund, Inc. ("OPF") in the above captioned Adversary Proceeding; and after due consideration and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.
2. The Committee's claims filed in the Adversary Proceeding solely as against OPF are dismissed without prejudice.

** END OF ORDER **

DOCUMENT PREPARED
ON RECYCLED PAPER

<u>Court Service List</u>

*All Registered ECF Participants.*